John A. McCue, Appellee, v. J. P. Flynn, Jr., and Mrs. J. P. Flynn, Jr., Appellant.

Gen. No. 42,972.

Heard in the third division, first district, this court at the February term, 1944; opinion filed November 7, 1945; released for publication November 27, 1945. Charles V. Falkenberg, for appellant; no appearance for appellee. Opinion by JUSTICE LEWE. Not to be published in full.